(80 South. 894)

MATHEWS et al. v. J. S. CARROLL MERCANTILE CO. (4 Div. 754–754a.) (Supreme Court of Alabama. Jan. 23, 1919.) Appeal and Cross-Appeal from Circuit Court, Pike County; A. B. Foster, Judge. A. G. Seay, of Troy, for appellants. John H. Wilkerson, of Troy, for appellee.

PER CURIAM. Appeal dismissed by agreement.

(80 South. 894)

MONTEVALLO MINING CO. v. GORMAN. (7 Div. 918.) (Supreme Court of Alabama. Jan. 14, 1919.) Appeal from Circuit Court, Shelby County; Lum Duke, Judge. V. J. Nesbit, of Birmingham, and Leeper, Haynes & Wallace, of Columbiana, for appellant. Stevens, McCorvey & McLeod, of Mobile, and Riddle & Ellis, of Columbiana, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(80 South. 894)

MOULTON v. CALLEN. (1 Div. 70.) (Supreme Court of Alabama. Nov. 12, 1918.) Appeal from Circuit Court, Clarke County; Ben D. Gurner, Judge. Action between N. A. Moulton and Charles Callen. Judgment for the latter, and the former appeals. Appeal dismissed. T. J. Bedsole and F. E. Poole, both of Grove Hill, for appellant. Q. W. Tucker, of Grove Hill, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(80 South. 894)

NASHVILLE, C. & ST. L. RY. v. BARNARD. (7 Div. 978.) (Supreme Court of Alabama. Dec. 19, 1918.) Appeal from Circuit Court. Etowah County; J. E. Blackwood, Judge. Action between the Nashville, Chattanooga & St. Louis Railway and L. B. Barnard. From the judgment, the former appeals. Appeal dismissed. Goodhue & Brindley, of Gadsden, for appellant.

PER CURIAM. Appeal dismissed by appellant.

(80 South. 894)

NUNNALLY et al. v. STRICKLIN. (7 Div. 893.) (Supreme Court of Alabama. Jan. 14, 1919.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge.

PER CURIAM. Appeal dismissed by appellant.

(80 South. 894)

Ex parte PINCKARD & LAY. (7 Div. 979.) (Supreme Court of Alabama. Nov. 28, 1918.) Certiorari to Court of Appeals. Action by J. H. Arnold & Co. against Pinckard & Lay. From a judgment for plaintiffs, defendants appealed to the Court of Appeals, which reversed and remanded (16 Ala. App. 590, 80 South. 164) on rehearing, and Pinckard & Lay apply for certiorari to review and revise this judgment. Writ denied. Motley & Motley, of Gadsden, for

appellants. Culli & Martin, of Gadsden, for appellees.

THOMAS, J. Application of Pinckard & Lay for certiorari to Court of Appeals to review and revise the judgment of said court rendered in the appeal of J. H. Arnold & Co. v. Pinckard & Lay, 16 Ala. App. 590, 80 South. 164. Writ denied.

(80 South. 894)

SOVEREIGN CAMP, WOODMEN OF THE WORLD, v. WALLACE. (4 Div. 813.) (Supreme Court of Alabama. Feb. 13, 1919.) Certiorari to the Court of Appeals. C. H. Roquemore, of Montgomery, for appellant. Baldwin & Murphy, of Andalusia, for appellee.

GARDNER, J. Petition by Sovereign Camp, Woodmen of the World, for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of Sovereign Comp, W. O. W., v. Eddie Wallace, 16 Ala. App. 617, 80 South. 691. Writ denied.

(80 South. 894)

STEWART v. LONG. (6 Div. 754.) (Supreme Court of Alabama. Nov. 14, 1918.) Appeal from Circuit Court, Pickens County; H. B. Foster, Judge. Controversy between Mrs. N. J. Stewart, as trustee, and John R. Long. The former appeals. Appeal dismissed. I. R. Hinton, of Carrollton, for appellants. Patton & Patton, of Livingston, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(80 South. 894)

WARRIOR BLACK CREEK COAL CO. v. FRANKS. (6 Div. 812.) (Supreme Court of Alabama. Nov. 14, 1918.) Appeal from Circuit Court, Blount County; O. A. Steele, Judge. Action between the Warrior Black Creek Coal Company and J. H. Franks. From a judgment therein, the Warrior Black Creek Coal Company appeals. Appeal dismissed by agreement.

PER CURIAM. Appeal dismissed by agreement.

(80 South. 894)

YARBROUGH v. BIGGS. (3 Div. 348.) (Supreme Court of Alabama. Dec. 17, 1918.) Appeal from Circuit Court, Autauga County; Leon McCord, Judge. Action between E. E. Yarbrough and A. C. Biggs. Judgment for the latter, and the former appeals. Appeal dismissed for want of prosecution. C. E. O. Timmermen, of Prattville, for appellant. Alexander & Tucker, of Prattville, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(81 South. 891)

BARTON v. ORR. (6 Div. 798.) (Supreme Court of Alabama. April 22, 1919.) Appeal from Circuit Court, Jefferson County, in Equity; Hugh A. Locke, Judge. F. S. Andress, of Birmingham, for appellant.

PER CURIAM. Appeal dismissed for want of prosecution.